IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DEREK SEALS, on behalf of himself and similarly situated employees, | : : : | 2:24-cv-05891-CH |
| Plaintiff, | : | |
| v. | : : | |
| GRATEFUL HEARTS LLC, | : | |
| Defendant. | : : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL
OF THE SETTLEMENT OF THEIR FLSA CLAIM**

Originating Plaintiff Derek Seals and Opt-In Plaintiffs Shikia Brown, Trenis Jones, Dorthea Mason, and Darrian Polk (together "Plaintiffs") and Defendant Grateful Hearts, LLC have settled this Fair Labor Standards Act ("FLSA") collective action for $40,000 per the attached Collective Action Settlement Agreement ("Agreement"). *See* Doc. 24-1. In other collective actions, many (but not all) district judges in the Third Circuit review settlements releasing FLSA claims for fairness. Here, judicial approval of the settlement is warranted for the reasons described in the accompanying brief. *See* Doc. 24-4.

**WHEREFORE**, Plaintiffs respectfully ask that the Court grant this motion.

Date: September 15, 2025

Respectfully,

_____
Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

*Plaintiff's Counsel*