IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **DEREK SEALS, on behalf of himself and similarly situated employees,** | : | |
| Plaintiff, | : | **2:24-cv-05891-CH** |
| v. | : | |
| **GRATEFUL HEARTS LLC,** | : | |
| Defendant. | : | |
| | : | |

### ORDER

**AND NOW**, this 15th day of December, 2025, upon consideration of Plaintiffs' "Unopposed Motion for Approval of the Settlement of their FLSA Claim" ("Motion") (Doc. 24), the accompanying "Collective Action Settlement Agreement" ("Agreement") (Doc. 24-1), the accompanying "Release of Claim" forms (Doc. 24-2), the accompanying timekeeping records maintained by the Winebrake & Santillo, LLC ("W&S") law firm (Doc. 24-3), the accompanying brief (Doc. 24-4), and all other papers and proceedings herein, it is hereby **ORDERED** that the settlement of Plaintiffs' Fair Labor Standards Act ("FLSA") claim is **APPROVED** as follows:

The settlement requires Grateful Hearts LLC ("Defendant") to make a total payment of $40,000. The proposed settlement calls for the $40,000 settlement fund to be distributed as follows: (i) $24,458 will be paid to Originating Plaintiff Derek Seals and Opt-In Plaintiffs Shikia Brown, Trenis Jones, Dorthea Mason, and Darrian Polk to compensate them for allegedly unpaid overtime wages and liquidated damages; (ii) $14,542 will be paid to W&S to cover attorney's fees/expenses; and (iii) $1,000 will be paid to Seals as a service award.

This action is **DISMISSED WITH PREJUDICE.** The Court will retain jurisdiction over any disputes pertaining to the enforcement of the settlement.

1

2

                                                **BY THE COURT:**

                                    */s/ Catherine Henry*
                                    **Catherine Henry, J.**